THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERLOCK INVESTMENTS — DUVALL, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 2:25-cv-01863-JCC<br><br>**(PROPOSED)**<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE A RESPONSE TO COMPLAINT** |

This matter came before the Court on a stipulated motion (**Dkt 9**) filed by the plaintiff Sherlock Investments – Duvall, LLC and defendant JPMorgan Chase Bank, N.A. requesting an extension of time to file a response to the Complaint. The Court has considered the pleading filed in support.

Based on the pleading submitted, it is

ORDERED, ADJUDGED and DECREED that the deadline for JPMorgan Chase Bank, N.A. to file a response to the Complaint is hereby extended to October 24, 2025.

DATED this 3rd day of October 2025.

*/s/ John C. Coughenour*
_____
THE HONORABLE JOHN C. COUGHENOUR
SENIOR U.S. DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE A RESPONSE TO COMPLAINT - 1
CASE NO. 2:25-CV-01863-DWC

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000  FAX: 206.223.7107

Presented by:

BALLARD SPAHR LLP

By *s/ John S. Devlin*
   John S. Devlin, III, WSBA No. 23988
   Katie D. Bass, WSBA No. 51369
   Dailey C. Koga, WSBA No. 58683
   1301 Second Avenue, Suite 2800
   Seattle, WA 98101
   Tel: 206-223-7000
   Fax: 206-223-7107
   devlinj@ballardspahr.com
   bassk@ballardspahr.com
   kogad@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

DBS LAW

By *s/ Claire L. Rootjes*
   Claire L. Rootjes, WSBA No. 42178
   Daniel J. Bugbee, WSBA No. 42412
   819 Virginia Street, Suite C2
   Seattle, WA 98101
   Phone: 206-489-3802
   Fax: 206-973-8737
   crootjes@lawdbs.com
   dbugbee@lawdbs.com

*Attorneys for Plaintiff Sherlock Investments – Duvall, LLC*

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE A RESPONSE TO COMPLAINT - 2
CASE NO. 2:25-CV-01863-DWC

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000  FAX: 206.223.7107