UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERLOCK INVESTMENTS DUVALL, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Defendant. | CASE NO. 2:25-cv-01863-JHC<br><br>ORDER |

　　　　This matter comes before the Court on the parties' Stipulated Motion for Protective Order. Dkt. # 29. As the document is unclear, and the parties fail to comply with the local rules, the Court DENIES the Motion.

　　　　Should the parties wish to refile, the Court suggests that they: (1) submit one or two stipulated orders, with no order appearing as an attached exhibit; (2) provide a "a redlined version [of the LCR 26(c)(2) protective order] identifying departures from the model," *see* LCR 26(c)(2), which the parties failed to do with Dkt. # 29; and (3) supplement any electronic filing with a proposed order, attached as a Word or Word-compatible file to an email to chunorders@wawd.uscourts.gov, *see* Electronic Filing Procedures for Civil and Criminal Cases W.D. Wash. III.M; *see also* LCR 5(d), 7(b)(1), which the parties failed to do with one of the protective orders submitted at Dkt. # 29.

ORDER - 1

Dated this 16th day of January, 2026.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2