UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERLOCK INVESTMENTS — DUVALL, LLC, a Washington limited liability company, )<br><br>Plaintiff, )<br><br>v. )<br><br>JPMORGAN CHASE BANK, N.A., )<br><br>Defendant. ) | Case No. 2:25-cv-01863-JHC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS IN THE COURT REGISTRY** |

JPMORGAN CHASE BANK, N.A., )

Interpleader Plaintiff, )

v. )

VIVIAN F. WINDROSS, an Individual; VIVIAN F. WINDROSS CRUT CHARITABLE REMAINDER UNITRUST, VIVIAN FLOYD WINDROSS TRUSTEE, a California Charitable Remainder Unitrust; QAE INSURANCE BROKERAGE, INC., a California corporation; and SHERLOCK INVESTMENTS – DUVALL, LLC, a Washington limited liability company, )

Interpleader Defendants/Claimants. )

ORDER - 1
CASE NO. 2:25-CV-01863-JHC

This matter comes before the Court on Interpleader Plaintiff JPMorgan Bank, N.A.'s ("JPMC") Motion for Leave to Deposit Interpleader Funds in the Court Registry, each party having received notice of and an opportunity to respond to the Motion, and the Court having reviewed all pleadings filed by all parties related to the Motion,

NOW THEREFORE, IT IS HEREBY ORDERED:

1.    JPMC's Motion for Leave to Deposit Interpleader Funds in the Court Registry is GRANTED.

2.    JPMC is permitted to pay into the Registry of this Court the held funds totaling $455,477.11, minus any reasonable fees and costs awarded to JPMC by the Court pursuant to a separate motion following entry of this Order, if JPMC should file such a motion and the Court should grant it.

IT IS SO ORDERED

SIGNED this 29th day of January, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 2
CASE NO. 2:25-CV-01863-JHC