UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHERLOCK INVESTMENTS – DUVALL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | CASE NO. 2:25-cv-01863-JHC<br><br>**STIPULATED ORDER APPROVING WITHDRAWAL AND SUBSITUTION OF COUNSEL** |
| JPMORGAN CHASE BANK, N.A.,<br><br>Interpleader Plaintiff,<br><br>v.<br><br>VIVIAN F. WINDROSS, an individual; VIVIAN F. WINDROSS CRUT CHARITABLE REMAINDER UNITRUST, VIVIAN FLOYD WINDROSS TRUSTEE, a California charitable remainder unitrust; QAE INSURANCE BROKERAGE, INC., a California corporation; and SHERLOCK INVESTMENTS – DUVALL, LLC, a Washington limited liability company,<br><br>Interpleader Defendants/Claimants. | |

THIS MATTER having come before the Court on the Stipulation Regarding

Withdrawal and Substitution of Counsel (the "Stipulation"), as stipulated and agreed by and

STIPULATED ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

among Plaintiff and Interpleader Defendant Sherlock Investments – Duvall, LLC ("Sherlock"), Defendant and Interpleader Plaintiff JPMorgan Chase Bank, N.A. ("JPMC"), and Interpleader Defendants Vivian F. Windross, an individual; and Vivian F. Windross CRUT Charitable Remainder Unitrust, Vivian Floyd Windross, Trustee, a California charitable remainder unitrust, and QAE Insurance Brokerage, Inc. ("Windross Interpleader Defendants") (collectively the "Parties"), Dkt. # 41, it is hereby

**ORDERED AS FOLLOWS:**

1.      Pursuant to LCR 83.2, Daniel J. Bugbee and Claire L. Rootjes and DBS Law are hereby authorized to withdraw as counsel for Sherlock, effectively immediately.

2.      George A. Mix of Mix Sanders Thompson is hereby substituted in as counsel for Sherlock, effective immediately.

DATED this 6th day of February, 2026.

_____
John H. Chun
United States District Judge

STIPULATED ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2