UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHERLOCK INVESTMENTS - DUVALL, LLC, a Washington limited liability company,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

JPMORGAN CHASE BANK, N.A.,

Interpleader-Plaintiff,

v.

VIVIAN F. WINDROSS, an Individual; VIVIAN F. WINDROSS CRUT CHARITABLE REMAINDER UNITRUST, VIVIAN FLOYD WINDROSS TRUSTEE, a California Charitable Remainder Unitrust; QAE INSURANCE BROKERAGE, INC., a California corporation; and SHERLOCK INVESTMENTS – DUVALL, LLC, a Washington limited liability company,

Interpleader Defendants/Claimants.

NO. 2:25-cv-01863-JHC

**ORDER DIRECTING DISBURSEMENT OF REGISTRY FUNDS AND DISMISSING SETTLING PARTIES' CLAIMS**

**ORDER**

The Court, having considered the Settling Parties' Joint Stipulation (Dkt. ## 49, 50) and the record in this matter, and good cause appearing, ORDERS as follows:

**1.** Pursuant to Local Civil Rule 67(b), the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $455,477.11, plus all accrued interest, less the registry fee prescribed by the Judicial Conference of the United States (Local Civil Rule 67(c)), and any other deductions authorized by law, payable to Tousley Brain Stephens PLLC, and mail or deliver the check to TBS at the address provided separately to the Clerk's Office Finance Department.

**2.** Consistent with Local Civil Rule 67(b), TBS shall, within three days of entry of this order, separately email its mailing address and completed IRS Form W-9 to the Clerk's Office Finance Department. Those materials shall not be filed in the record. *Id.*

**3.** All claims, counterclaims, and competing claims between Sherlock and Vivian Windross, individually, Vivian F. Windross CRUT Charitable Remainder Unitrust, Vivian Floyd Windross Trustee, and QAE Insurance Brokerage, Inc. (collectively, "Windross Parties") are DISMISSED WITH PREJUDICE, with each side bearing their own attorneys' fees and costs. The Court retains jurisdiction solely to effectuate the disbursement directed by this Order.

IT IS SO ORDERED.

DATED this 21st day of September, 2026.

John H. Chun
United States District Judge